UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EMORY REIGNZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>MATTHEW J. FREEMAN; KENNETH JONES; UNIVERSAL PROTECTION SERVICE LLC; MICHAEL BALDPOQUIN; SANDRO RAMERO; RUY LOPEZ; ORANGE COUNTY, FLORIDA; M. GALAN; and JOHN W. MINA,<br><br>　　Defendants. | Case No.<br>6:25-cv-1450-WWB-RMN |

## ORDER

This matter is before the Court without oral argument on a motion to issue individual capacity summons (Dkt. 8), filed by Plaintiff on July 31, 2025.

The motion is denied for two reasons. First, all pleadings, motions, and other papers filed in this Court must comply with the requirements of Local Rule 1.08, unless otherwise modified by a court order. That rule requires filings to be typewritten papers, using certain typefaces and sizes. *See* Local Rule 1.08(a)–(b). The rule also

requires the use of double-spacing for a filing's main text. *See id.* 1.08(a). The motion does not comply with these requirements and is therefore due to be denied.

Second, the summons issued by the Clerk on July 30, 2025, each appear to be directed to the individual defendants in both their official and individual capacities, albeit the phrase "individual capacity" is handwritten. The Clerk thus has already issued individual capacity summons. The motion is therefore due to be denied as moot.

Accordingly, it is **ORDERED** that motion to issue individual capacity summons (Dkt. 8) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on August 13, 2025.

ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Emory Reignz
11954 Narcoossee Road, Ste. 2-546
Orlando, Florida 32832